UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 10 2026

NATHAN OCHSNER
CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. B-26-1300 |
| | § | |
| EDUARDO PEREZ-RODRIGUEZ | § | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about October 2, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

EDUARDO PEREZ-RODRIGUEZ,

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with C.Y, an Immigration and Customs Enforcement Officer, while said Officer was engaged in the performance of his official duties, said offense involved the use of a deadly and dangerous weapon, to wit: a motor vehicle.

In violation of Title 18, United States Code, Section 111(a) and 111(b).

## COUNT TWO

On or about October 2, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

EDUARDO PEREZ-RODRIGUEZ,

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with J.G., an Immigration and Customs Enforcement Officer, while said Officer was engaged in the performance of his official duties, said offense involved the use of a deadly and dangerous weapon, to wit: a motor vehicle.

In violation of Title 18, United States Code, Section 111(a) and 111(b).

A TRUE BILL

_______________________________
FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY

_______________________________
ASSISTANT UNITED STATES ATTORNEY